

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00243-CR

Tory Scot **JONAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-0272-CR-A
Honorable Jessica Crawford, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Velia J. Meza, Justice

Delivered and Filed: May 14, 2025

DISMISSED

Appellant has filed a motion to dismiss this appeal in compliance with Rule 42.2(a). *See*

TEX. R. APP. P. 42.2(a). The motion is granted, and this appeal is dismissed. *See id.*

PER CURIAM

DO NOT PUBLISH